# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Jenevieve Spicer,                                          Civil No. 11-3679 (RHK/JJG)

               Plaintiff,                                  **ORDER**

vs.

Michael Astrue, Commissioner of
Social Secuirty,

               Defendant.

---

     This matter is venued in the Fifth Division.

     All proceedings before the undersigned (motions, trial, etc.) will be held in the

United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  December 22, 2011

                          s/Richard H. Kyle
                          RICHARD H. KYLE
                          United States District Judge