## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jenevieve Spicer, | Civil No. 11-3679 (RHK/JJG) |
| Plaintiff, | **ORDER** |
| vs. | |
| Michael Astrue, Commissioner of Social Secuirty, | |
| Defendant. | |

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  December 22, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
