UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jenevieve Spicer,                                    Civil No. 11-3679 (RHK/JJG)

          Plaintiff,                              **ORDER**

v.

Carolyn W. Colvin, Acting Commissioner of
Social Security,

          Defendant.

     Before the Court are Plaintiff's Objections to the February 11, 2013, Report and Recommendation of United States Magistrate Judge Jeanne J. Graham. Judge Graham recommended that Plaintiff's Motion for Summary Judgment be granted in part and denied in part and that Defendant's Motion for Summary Judgment be denied and also that the case be remanded pursuant to Sentence Four of 42 U.S.C. § 405(g), for further proceedings.

     Based upon the undersigned's de novo review of the Objections, the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS ORDERED**:

     1.     The Objections (Doc. No. 24) are **OVERRULED**;

     2.     The Report and Recommendation (Doc. No. 22) is **ADOPTED**;

     3.     Plaintiff's Motion for Summary Judgment (Doc. No. 14) is **GRANTED IN PART AND DENIED IN PART**;

     4.     Defendant's Motion for Summary Judgment (Doc. No. 19) is **DENIED**; and

5. The case is **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g), for further proceedings consistent with this opinion.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 12, 2013

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge